

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-15-00729-CV

**CITY OF RIO GRANDE CITY, TEXAS**, and Joel Villarreal, Herman R. Garza III, Arcadio J. Salinas III, Rey Ramirez, and Dave Jones in their Official and Individual Capacities; Grande Garbage Collection Co., L.L.C.; and Patricio Hernandez,
Appellants

v.

**BFI WASTE SERVICES OF TEXAS, LP** d/b/a Allied Waste Services of Rio Grande Valley,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-15-604
Honorable Migdalia Lopez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order denying Grande Garbage Collection Co., L.L.C. and Patricio Hernandez's plea to the jurisdiction is AFFIRMED. The trial court's order denying the City of Rio Grande City, Texas, Joel Villarreal, Herman R. Garza III, Arcadio J. Salinas III, Rey Ramirez, and Dave Jones in their Official Capacities' plea to the jurisdiction is AFFIRMED as to BFI Waste Services of Texas, LP d/b/a Allied Waste Services of Rio Grande Valley's claims for breach of contract, restraint of trade, civil conspiracy, misuse of official information, abuse of office, tortious interference, violations of the contracts clause and due course of law clause of the Texas Constitution, and violations of the contracts clause and Fourteenth Amendment of the United States Constitution. The trial court's order denying the City of Rio Grande City, Texas, Joel Villarreal, Herman R. Garza III, Arcadio J. Salinas III, Rey Ramirez, and Dave Jones in their Official Capacities' plea to the jurisdiction is REVERSED as to BFI Waste Services of Texas, LP d/b/a Allied Waste Services of Rio Grande Valley's claims for abuse of process and declaratory judgment, and these claims are DISMISSED. The trial court's order granting BFI Waste Services of Texas, LP d/b/a Allied Waste Services of Rio Grande Valley's request for a temporary injunction is AFFIRMED. It is ORDERED that BFI Waste Services of Texas, LP d/b/a Allied Waste Services of Rio Grande Valley recover its costs of this appeal from appellants.

SIGNED September 21, 2016.

_____
Jason Pulliam, Justice